IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: January 04, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26558/1158028624

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Guillermo De La Vara<br>     Debtor.<br>_____<br>HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1<br>     Movant,<br>    vs.<br><br>Guillermo De La Vara, Debtor, Jill H. Ford, Trustee.<br><br>     Respondents. | No. 2:08-BK-00381-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #159) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 10, 2005 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1 is the current beneficiary and Guillermo De La Vara has an interest in, further described as:

> The East one-half of the Southeast theast quarter of Lot 3, said Lot 3 being sometimes described as the Northwest quarter of the Southwest quarter of Section 19, Township 3 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
>
> EXCEPT the North 60 feet thereof; and also
>
> EXCEPT the South 123 feet thereof; and also
>
> EXCEPT the East 15 feet of said Lot 3 reserved for road purpose.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT