UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| DE LA VARA, GUILLERMO | ) | Case No. 08-00381-PHX SSC |
|  | ) | PETITION TO PAY DIVIDEND |
|  | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
|  | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | WELLS FARGO BANK, N.A.<br>BDD BANKRUPTCY DEPT MAC S4101-08C<br>100 W WASHINGTON ST,<br>PHOENIX, AZ 85003 | $1.74 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $2.31 |
| 6 -2 | eCAST Settlement Corporation assignee of HSBC<br>CONSUMER LENDING (USA) INC<br>POB 35480<br>Newark, NJ 07193-5480 | $2.68 |

| March 8, 2010 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |